PAUL BENCSKO, RESPONDENT, v. CAESAR A. CANNARA, APPELLANT.

Submitted October 31, 1930—Decided February 2, 1931.

For the respondent, *John W. Palmer.*

For the appellant, *Stein, McGlynn & Hannoch.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered in the Supreme Court.

*For affirmance*—TRENCHARD, PARKER, CAMPBELL, LLOYD, BODINE, DALY, DONGES, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, JJ.  12.

*For reversal*—None.